## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CAROL A. JONES,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| vs. | )    CASE NO. CIV-15-1296-R |
| | ) |
| **WAL-MART STORES EAST, LP,** | ) |
| | ) |
|       **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Carol A. Jones, hereby stipulates with the defendant, Wal-Mart Stores East, LP, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

                                      s/Raymond C. Durbin
                                      OBA No. 2554
                                      P. O. Box 20546
                                      Oklahoma City, OK 73156-0546
                                      Telephone:   (405) 476-3552
                                      E-mail:       rdurbin3@cox.net

                                      ATTORNEY FOR PLAINTIFF

                                      s/Angelyn L. Dale
                                      (Signed by Raymond C. Durbin with permission
                                      of Angelyn L. Dale)
                                      OBA No. 10773
                                      Stephanie T. Gentry, OBA No. 18612
                                      Hall, Estill, Hardwick, Gable, Golden & Nelson
                                      320 South Boston Avenue, Suite 200
                                      Tulsa, Oklahoma 74103-3706
                                      Phone:       (918) 594-0400
                                      Facsimile:   (918) 594-0505

      E-mail:  adale@hallestill.com
           sgentry@hallestill.com

      ATTORNEYS FOR DEFENDANT